UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD DEMETRIS WAYNE**                                **PLAINTIFF**

V.                      NO. 4:20CV01279 LPR-JTR

**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the Recommended Disposition and the entire record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

DATED this 21st day of March, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE