# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HAROLD DEMETRIS WAYNE**                                          **PLAINTIFF**

V.                       NO. 4:20CV01279 LPR-JTR

**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 21st day of March, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE